COLUMBUS BAR ASSOCIATION *v.* SCHAFER.

[Cite as *Columbus Bar Assn. v. Schafer* (1994), 68 Ohio St.3d 340.]

(No. 93–2169—Submitted December 7, 1993—Decided February 23, 1994.)

*Geoffrey Stern,* Disciplinary Counsel, and *Bruce A. Campbell,* Assistant Disciplinary Counsel, for relator.

---

*Per Curiam.* We concur in the findings and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents and would publicly reprimand respondent.